193 F.2d 496
 Helen Lucille WILLIAMS
v.
UNITED STATES of America.
 No. 4352.
 United States Court of Appeals Tenth Circuit.
 December 31, 1951.
 
 Appeal from the United States District Court for the Western District of Oklahoma.
 Garrett & Garrett, Oklahoma City, Okl., for appellant.
 Robert E. Shelton, U. S. Atty., Oklahoma City, Okl., for appellee.
 Before PHILLIPS, Chief Judge, and HUXMAN and PICKETT, Circuit Judges.
 PER CURIAM.
 
 
 1
 Appeal dismissed December 31, 1951, on motion of appellant.